

IN THE
TENTH COURT OF APPEALS

No. 10-13-00135-CR

JOHN PETER PULLIS,

Appellant

v.

THE STATE OF TEXAS,

Appellee

From the 19th District Court
McLennan County, Texas
Trial Court No. 2012-1881-C1

ORDER

Appellant was convicted of the offense of violation of a protective order. *See* TEX. PENAL CODE ANN. § 25.07 (West Supp. 2012). However, he is not incarcerated at the present time because he was released on an appeal bond. Appellant's brief in this appeal was due July 5, 2013. Counsel for appellant has filed a motion for extension of time to file his brief, requesting a 120 day extension. The Rules of Appellate Procedure anticipate the ability to prepare a brief within 30 days of the date the record is filed. TEX. R. APP. P. 38.6(a).

Accordingly, appellant's motion for extension of time to file his brief is denied.

Appellant's brief is now past due.  We order appellant to file a brief within 14 days from the date of this order.  If appellant's brief is not timely filed, this proceeding will be abated to the trial court pursuant to Rule 38.8(b) of the Texas Rules of Appellate Procedure.  TEX. R. APP. P. 38.8(b).


PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
     (Justice Davis dissents.  He would grant Appellant 30 additional days in which to
     file his brief after the date of this order.)
Order issued and filed July 18, 2013